UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

GEORGE R. VERDUGO,

    Plaintiff,

v.

AURORA LOAN SERVICES, LLC; et al.,

    Defendants.

2:12-cv-1195-LRH-PAL

<u>ORDER</u>

Before the court is defendant Aurora Loan Services, LLC's ("Aurora") renewed motion to dismiss. Doc. 28.[1]

In October 2004, pro se plaintiff George R. Verdugo ("Verdugo") refinanced real property through a mortgage note and deed of trust executed by non-party First Magnus Financial Corporation ("Magnus"). Verdugo defaulted on the property and defendants initiated non-judicial foreclosure proceedings.

Subsequently, Verdugo filed a complaint against defendants for wrongful foreclosure. Doc. #1, Exhibit A. In response, defendants filed motions to dismiss (Doc. ##5, 17) which were granted by the court (Doc. #26). However, because Verdugo was presenting his claims pro se, the court granted Verdugo thirty (30) days to file an amended complaint "addressing the pleading defects identified in the motions to dismiss." Doc. #26.

---

[1] Refers to the court's docket entry number.

As of June 2013, Verdugo has failed to file an amended complaint or otherwise comply with the court's November 6, 2012 order. *See* Doc. #26. As such, the court shall dismiss this action without prejudice.

IT IS THEREFORE ORDERED that defendant's renewed motion to dismiss (Doc. #28) is GRANTED. This action, 2:12-cv-1195-LRH-PAL, is DISMISSED in its entirety without prejudice.

DATED this 6th day of June, 2013.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

2